ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
JAMES A. BOWMAN (Cal. State Bar No.: 220227)
BRIAN E. KLEIN (Cal. State Bar No.: 258486)
ARIEL A. NEUMAN (Cal. State Bar No.: 241594)
Assistant United States Attorneys
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2213/6920/2917
     Facsimile: (213) 894-6269
     E-mail: james.bowman@usdoj.gov
             brien.klein@usdoj.gov
             ariel.neuman@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR No. 11-834(B)-JAK |
|---|---|
| Plaintiff, | ) <u>ORDER DISMISSING COUNTS THREE THROUGH SEVEN OF THE UNDERLYING INDICTMENTS</u> |
| v. | ) |
| MATTHEW TAYLOR | ) |
| Defendant. | ) |

Good cause having been shown, the Court orders that counts three through seven of the underlying indictments (the original indictment, dkt. no. 1, and the first superseding indictment, dkt. no. 74) against defendant Matthew Taylor are dismissed without prejudice.

Dated: June 28, 2012

_____
HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE